# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

KEVIN YANCY                                                                                                              PLAINTIFF

V.                                                     CAUSE NUMBER: 3:23-CV-347 MPM-JMV

WALMART, INC., ET AL.                                                                                DEFENDANT

## ORDER DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 3rd day of April 2024.

                                                                        /s/ MICHAEL P. MILLS
                                                                        UNITED STATES DISTRICT JUDGE
                                                                        NORTHERN DISTRICT OF MISSISSIPPI