IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KEVIN YANCY                                                                                         PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:23-cv-00347-MPM-JMV

WALMART INC.
UNKNOWN DEFENDANTS A-Z                                                                DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Kevin Yancy, through his attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendant, Walmart Inc., joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

SO ORDERED, this the 13 day of MAY, 2024.

UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO BY:

/s/ Rajita Iyer Moss
Thomas M. Louis (MSB #8484)
Rajita Iyer Moss (MSB #10518)
Wells Marble & Hurst, PLLC
P. O. Box 131
Jackson, MS 39205-0131
*Attorney for Defendants*

/s/ Bradford K. Morris
Bradford K. Morris (MSB #104017)
Brad Morris Law Firm PLLC
Post Office Box 2136
Oxford, MS 38655-2136
*Attorney for Plaintiff*